**LEONARDO M. ALDRIDGE**
**Attorney-At-Law**
**20 Vesey St. Suite 400**
**New York, NY 10007**

June 29, 2026

**MEMO ENDORSED**

<u>**BY ELECTRONIC FILING**</u>

Hon. Richard M. Berman
United States District Judge
United States Courthouse
500 Pearl St.
New York, NY 10007

**Re:** *United States v. Jeremiah Martinez*, 26 Cr. 207 (RMB)
**Letter Motion Requesting Leave for Substitute Counsel to Appear at the July 7, 2026 Status Conference**

Dear Judge Berman:

I represent Mr. Jeremiah Martinez in the above-captioned matter. I respectfully request that the Court permit attorney Lisa Scolari, counsel for co-defendant Modou Toray, to appear on my behalf solely for the status conference scheduled for July 7, 2026.

Unfortunately, I am unable to attend that conference because I have a previously scheduled commitment that predates my appointment in this matter.

I met with Mr. Martinez at the MDC last week, and he has no objection to Ms. Scolari appearing on my behalf for the July 7 conference. Ms. Scolari has graciously agreed to do so, should the Court grant this request.

Counsel for the Government has been advised of this request.

Thank you for the Court's consideration.

Respectfully submitted,

*S/Leonardo M. Aldridge*
Leonardo M. Aldridge, Esq.

Application granted.

SO ORDERED:
Date: 7/1/2026
Richard M. Berman, U.S.D.J.